IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

RANDALL LEE WALKER,

    Petitioner,

v.                           Case No. 3:24-cv-00175-JPG

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having denied Petitioner Randall Lee Walker's Motion to Vacate, Set Aside, or Correct Sentence;

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for writ of habeas corpus is dismissed on the merits.

**DATED:  October 24, 2024**

                                          MONICA A. STUMP, Clerk of Court

                                          By:    *s/Tina Gray*
                                                       Deputy Clerk

**APPROVED:**  *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U.S. DISTRICT JUDGE